438 A.2d 643

Zurine v. Bromage, Appellant.

Argued June 12, 1980. Peter G. Loftus, for appellant; John P. Pesota, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.